Gordon A. Ramsay, administrator of the estate of Esther Nixon, deceased, appellee, v. Easter Lily Club, appellant. Gen. No. 24,747.

Action to recover sick, nurse and funeral benefits. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James Donahoe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed December 3, 1919.

James E. White, for appellant.   W. E. Mollison, for appellee;
W. J. Latham, of counsel.
Mr. Justice Taylor delivered the opinion of the court.